UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BURLEY #502426,

    Plaintiff,

Case No. 16-CV-10712

vs.

HON. GEORGE CARAM STEEH

MICHIGAN DEPARTMENT
OF CORRECTIONS, ET AL.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 98]

    This matter is before the court on plaintiff Edward Burley's action alleging that defendants violated his constitutional rights by failing to provide him with accommodations for his hearing disability while incarcerated. Burley alleges that defendants have denied him his rights under the First and Fourteenth Amendments and have violated the Americans with Disabilities Act ("ADA") and the Rehabilitation Act.  Plaintiff filed a motion for preliminary

injunction [doc. 79] which was referred to the magistrate judge for report and recommendation. The matter is presently before the court on Magistrate Judge Morris' report and recommendation which recommends that Burley's motion for preliminary injunction be denied. Objections to the report have not been filed by defendant within the established time period. The court has reviewed the file, record, and magistrate judge's report and recommendation.

The court agrees with the analysis conducted by the magistrate judge, and therefore accepts her recommendation that plaintiff's motion for injunctive relief be DENIED.

Dated: March 22, 2017

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 22, 2017, by electronic and/or ordinary mail and also on Edward Burley #502426, Carson City Correctional Facility, 10274 Boyer Rd. Carson City, MI 48811.

s/Barbara Radke
Deputy Clerk